JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MONTRY NAMBOUNMY,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 5:26-cv-02716-PD

**JUDGMENT**

**A# 025-136-716**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: July 15, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE